**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: VALENCIA JR., LAZARO　　　　　　　　　§　Case No. 14-14650
　　　　　VALENCIA, MANOLI　　　　　　　　　　§
　　　　　　　　　　　　　　　　　　　　　　　§
Debtor(s)　　　　　　　　　　　　　　　　　　§

# TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on April 19, 2014. The undersigned trustee was appointed on November 10, 2014.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of　　$　　　　7,879.05

　　　Funds were disbursed in the following amounts:
　　　Payments made under an
　　　　interim distribution　　　　　　　　　　　　　　　0.00
　　　Administrative expenses　　　　　　　　　　　　　　0.00
　　　Bank service fees　　　　　　　　　　　　　　　　104.01
　　　Other payments to creditors　　　　　　　　　　　　0.00
　　　Non-estate funds paid to 3rd Parties　　　　　　　　0.00
　　　Exemptions paid to the debtor　　　　　　　　　　　0.00
　　　Other payments to the debtor　　　　　　　　　　　0.00

Leaving a balance on hand of [1]　　$　　　　7,775.04

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 11/06/2014 and the deadline for filing governmental claims was 11/06/2014. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $1,537.91. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $1,537.91, for a total compensation of $1,537.91.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 12/29/2015             By: /s/THOMAS E. SPRINGER, TRUSTEE
                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 14-14650
**Case Name:** VALENCIA JR., LAZARO
VALENCIA, MANOLI
**Period Ending:** 12/29/15

**Trustee:** (330640)   THOMAS E. SPRINGER, TRUSTEE
**Filed (f) or Converted (c):** 04/19/14 (f)
**§341(a) Meeting Date:** 05/12/14
**Claims Bar Date:** 11/06/14

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Location: 1032 Rosewood Dr., Carpentersville IL | 225,057.00 | 0.00 | | 0.00 | FA |
| 2 | Cash | 20.00 | 0.00 | | 0.00 | FA |
| 3 | checking acct - Chase | 143.26 | 0.00 | | 0.00 | FA |
| 4 | savings acct - Chase | 56.00 | 0.00 | | 0.00 | FA |
| 5 | savings acct - Chase | 51.60 | 0.00 | | 0.00 | FA |
| 6 | Household Goods | 1,710.00 | 0.00 | | 0.00 | FA |
| 7 | Wearing Apparel | 300.00 | 0.00 | | 0.00 | FA |
| 8 | Furs and Jewelry | 400.00 | 0.00 | | 0.00 | FA |
| 9 | Firearms and Hobby Equipment | 75.00 | 0.00 | | 0.00 | FA |
| 10 | 401 (k) Simtek Sysyems, Inc. | 23,166.16 | 0.00 | | 0.00 | FA |
| 11 | Pension - Kohl's Department Store | 485.13 | 0.00 | | 0.00 | FA |
| 12 | IRA - Bank of America | 736.81 | 0.00 | | 0.00 | FA |
| 13 | 401 (k) ABMS | 100.00 | 0.00 | | 0.00 | FA |
| 14 | 2001 Nissan Quest | 2,225.00 | 0.00 | | 0.00 | FA |
| 15 | 2007 Nissan Pathfinder | 8,622.00 | 0.00 | | 0.00 | FA |
| 16 | Office Equipment | 100.00 | 0.00 | | 0.00 | FA |
| 17 | Animals- 2 dogs | 10.00 | 0.00 | | 0.00 | FA |
| 18 | lawn equipment and tools | 675.00 | 0.00 | | 0.00 | FA |
| 19 | cell phones | 100.00 | 0.00 | | 0.00 | FA |
| 20 | tax refund (u) | 7,879.05 | 0.00 | | 7,879.05 | FA |
| 20 | Assets   Totals (Excluding unknown values) | **$271,912.01** | **$0.00** | | **$7,879.05** | **$0.00** |

**Major Activities Affecting Case Closing:**

Reassigned Joe Voiland case; Debtors making monthly payments of $200 and will pay the remaining amount due when they recieve their 2014 tax refund .

Printed: 12/29/2015 12:10 PM   V.13.25

Exhibit A

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case Number:** 14-14650  
**Case Name:** VALENCIA JR., LAZARO  
VALENCIA, MANOLI  
**Period Ending:** 12/29/15

**Trustee:** (330640) THOMAS E. SPRINGER, TRUSTEE  
**Filed (f) or Converted (c):** 04/19/14 (f)  
**§341(a) Meeting Date:** 05/12/14  
**Claims Bar Date:** 11/06/14

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Initial Projected Date Of Final Report (TFR):** April 30, 2015          **Current Projected Date Of Final Report (TFR):** April 30, 2015

Exhibit B

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 14-14650  
**Case Name:** VALENCIA JR., LAZARO  
VALENCIA, MANOLI  
**Taxpayer ID #:** **-***7917  
**Period Ending:** 12/29/15

**Trustee:** THOMAS E. SPRINGER, TRUSTEE (330640)  
**Bank Name:** ASSOCIATED BANK  
**Account:** ********88 - Checking Account  
**Blanket Bond:** N/A  
**Separate Bond:** $50,000,000.00

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 08/07/14 | {20} | VALENCIA JR., LAZARO | Installment payment per Settlement. | 1224-000 | 4,079.05 | | 4,079.05 |
| 09/08/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,069.05 |
| 09/11/14 | {20} | VALENCIA, MANOLI | Installment payment per Settlement. | 1224-000 | 300.00 | | 4,369.05 |
| 10/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,359.05 |
| 10/16/14 | {20} | VALENCIA JR., LAZARO | Installment payment per Settlement. | 1224-000 | 300.00 | | 4,659.05 |
| 11/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,649.05 |
| 12/05/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,639.05 |
| 12/23/14 | 3001 | ASSOCIATED BANK | Transfer to new Assoc. Acct. | 9999-000 | | 4,639.05 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 4,679.05 | 4,679.05 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 4,679.05 | 4,679.05 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$4,679.05** | **$4,679.05** | |

{} Asset reference(s)

Printed: 12/29/2015 12:10 PM V.13.25

Case 14-14650    Doc 28    Filed 01/07/16    Entered 01/07/16 14:45:15    Desc Main
Document      Page 6 of 12

Exhibit B

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 14-14650  
**Case Name:** VALENCIA JR., LAZARO  
VALENCIA, MANOLI  
**Taxpayer ID #:** **-***7917  
**Period Ending:** 12/29/15

**Trustee:** THOMAS E. SPRINGER, TRUSTEE (330640)  
**Bank Name:** ASSOCIATED BANK  
**Account:** ********83 - CHECKING ACCOUNT  
**Blanket Bond:** N/A  
**Separate Bond:** $50,000,000.00

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 12/23/14 | | ASSOCIATED BANK | Transfer from old Assoc. Acct. | 9999-000 | 4,639.05 | | 4,639.05 |
| 01/06/15 | {20} | MANOLI VALENCIA | Installment payment per Settlement. | 1224-000 | 100.00 | | 4,739.05 |
| 01/13/15 | {20} | MANOLI VALENCIA | Installment payment per Settlement. | 1224-000 | 200.00 | | 4,939.05 |
| 01/14/15 | | ASSOCIATED BANK | Transfer from old Assoc. Acct. | 9999-000 | 10,566.19 | | 15,505.24 |
| 01/14/15 | | Reverses Deposit # 3 | Transfer from old Assoc. Acct. put in wrong amount | 9999-000 | -10,566.19 | | 4,939.05 |
| 02/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,929.05 |
| 02/16/15 | {20} | MANOLI VALENCIA | Installment payment | 1224-000 | 200.00 | | 5,129.05 |
| 03/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,119.05 |
| 03/09/15 | {20} | MANOLI VALENCIA | Installment payment | 1224-000 | 300.00 | | 5,419.05 |
| 04/10/15 | | ASSOCIATED BANK | Bank and Technology Services Fees | 2600-000 | | 10.00 | 5,409.05 |
| 04/10/15 | | ASSOCIATED BANK | Transfer to Rabobank, N.A. | 9999-000 | | 5,409.05 | 0.00 |
| | | | **ACCOUNT TOTALS** | | **5,439.05** | **5,439.05** | **$0.00** |
| | | | Less: Bank Transfers | | 0.00 | 5,409.05 | |
| | | | **Subtotal** | | **5,439.05** | **30.00** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$5,439.05** | **$30.00** | |

{} Asset reference(s)

Printed: 12/29/2015 12:10 PM    V.13.25

Exhibit B

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| **Case Number:** | 14-14650 | | **Trustee:** | THOMAS E. SPRINGER, TRUSTEE (330640) |
|---|---|---|---|---|
| **Case Name:** | VALENCIA JR., LAZARO | | **Bank Name:** | Rabobank, N.A. |
| | VALENCIA, MANOLI | | **Account:** | ****980966 - Checking Account |
| **Taxpayer ID #:** | **-***7917 | | **Blanket Bond:** | N/A |
| **Period Ending:** | 12/29/15 | | **Separate Bond:** | $50,000,000.00 |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 04/10/15 | | Rabobank, N.A. | Transfer from ASSOCIATED BANK | 9999-000 | 5,409.05 | | 5,409.05 |
| 04/24/15 | {20} | Manoli Valencia | Installment payment | 1224-000 | 200.00 | | 5,609.05 |
| 05/15/15 | {20} | Manoli Valencia | Installment payment per settlement | 1224-000 | 2,200.00 | | 7,809.05 |
| 09/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 11.98 | 7,797.07 |
| 10/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 11.21 | 7,785.86 |
| 11/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.82 | 7,775.04 |
| | | | **ACCOUNT TOTALS** | | **7,809.05** | **34.01** | **$7,775.04** |
| | | | Less: Bank Transfers | | 5,409.05 | 0.00 | |
| | | | **Subtotal** | | **2,400.00** | **34.01** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$2,400.00** | **$34.01** | |

| **TOTAL - ALL ACCOUNTS** | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ********88** | 4,679.05 | 4,679.05 | 0.00 |
| **Checking # ********83** | 5,439.05 | 30.00 | 0.00 |
| **Checking # ****980966** | 2,400.00 | 34.01 | 7,775.04 |
| | **$12,518.10** | **$4,743.06** | **$7,775.04** |

{} Asset reference(s)

Printed: 12/29/2015 12:10 PM   V.13.25

# EXHIBIT C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** November 6, 2014

**Case Number:** 14-14650  
**Debtor Name:** VALENCIA JR., LAZARO

Page: 1

**Date:** December 29, 2015  
**Time:** 12:11:12 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 200 | THOMAS E. SPRINGER, TRUSTEE<br>400 S. County Farm Road<br>Suite 330<br>Wheaton, IL 60187 | Admin Ch. 7 | | $1,537.91 | $0.00 | 1,537.91 |
| 1<br>610 | Quantum3 Group LLC as agent for<br>Allgate Financial LLC<br>PO Box 788<br>Kirkland, WA 98083-0788 | Unsecured | GE Cap/Ultra | $2,748.10 | $0.00 | 2,748.10 |
| 2<br>610 | Quantum3 Group LLC as agent for<br>Comenity Bank<br>PO Box 788<br>Kirkland, WA 98083-0788 | Unsecured | Avenue | $488.77 | $0.00 | 488.77 |
| 3<br>610 | Perry E Rossino DDS PC<br>482 S Spring Rd<br>Elmhurst, IL 60126 | Unsecured | | $931.00 | $0.00 | 931.00 |
| 4<br>610 | Capital One Bank (USA), N.A.<br>by America InfoSource LP as agent<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Unsecured | Acct # 3951 | $893.78 | $0.00 | 893.78 |
| 5<br>610 | Wells Fargo Bank NA<br>PO Box 10438<br>Des Moines, IA 50306-0438 | Unsecured | Acct # 1993 | $1,936.22 | $0.00 | 1,936.22 |
| 6<br>610 | Wells Fargo Bank NA<br>PO Box 10438<br>Des Moines, IA 50306-0438 | Unsecured | Acct # 7553 | $3,820.23 | $0.00 | 3,820.23 |
| 7<br>610 | Wells Fargo Bank NA<br>PO Box 10438<br>Des Moines, IA 50306-0438 | Unsecured | Acct # 1794 | $927.16 | $0.00 | 927.16 |
| 8<br>610 | Capital One Bank (USA), N.A.<br>by America InfoSource LP as agent<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Unsecured | Acct # 3845 | $1,415.62 | $0.00 | 1,415.62 |
| 9<br>610 | Capital One, N.A.<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Unsecured | Acct # 4350 | $1,245.06 | $0.00 | 1,245.06 |
| 10<br>610 | Capital Recovery V, LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami, FL 33131-1605 | Unsecured | Acct # 3043/ GAP | $1,439.88 | $0.00 | 1,439.88 |
| 11<br>610 | Portfolio Recovery Associates, LLC<br>Successor to CITIBANK, N.A. (SEARS)<br>POB 41067<br>Norfolk, VA 23541 | Unsecured | Acct # 8954/ Sears | $1,504.41 | $0.00 | 1,504.41 |

# E X H I B I T  C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** November 6, 2014

**Case Number:** 14-14650  
**Debtor Name:** VALENCIA JR., LAZARO

Page: 2

**Date:** December 29, 2015  
**Time:** 12:11:12 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 12 610 | Portfolio Recovery Associates, LLC Successor to GE CAPITAL RETAIL BANK (SAM POB 41067 Norfolk, VA 23541 | Unsecured | Acct # 1491 Sam's Club | $5,323.01 | $0.00 | 5,323.01 |
| << Totals >> | | | | 24,211.15 | 0.00 | 24,211.15 |

**TRUSTEE'S PROPOSED DISTRIBUTION**         Exhibit D

Case No.: 14-14650
Case Name: VALENCIA JR., LAZARO
Trustee Name: THOMAS E. SPRINGER, TRUSTEE

**Balance on hand:**         $         7,775.04

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors:    $         0.00
Remaining balance:    $         7,775.04

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - THOMAS E. SPRINGER, TRUSTEE | 1,537.91 | 0.00 | 1,537.91 |

Total to be paid for chapter 7 administration expenses:    $         1,537.91
Remaining balance:    $         6,237.13

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:    $         0.00
Remaining balance:    $         6,237.13

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims:    $         0.00
Remaining balance:    $         6,237.13

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

**UST Form 101-7-TFR (05/1/2011)**

Timely claims of general (unsecured) creditors totaling $ 22,673.24 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 27.5 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 1 | Quantum3 Group LLC as agent for | 2,748.10 | 0.00 | 755.98 |
| 2 | Quantum3 Group LLC as agent for | 488.77 | 0.00 | 134.45 |
| 3 | Perry E Rossino DDS PC | 931.00 | 0.00 | 256.11 |
| 4 | Capital One Bank (USA), N.A. | 893.78 | 0.00 | 245.87 |
| 5 | Wells Fargo Bank NA | 1,936.22 | 0.00 | 532.63 |
| 6 | Wells Fargo Bank NA | 3,820.23 | 0.00 | 1,050.90 |
| 7 | Wells Fargo Bank NA | 927.16 | 0.00 | 255.05 |
| 8 | Capital One Bank (USA), N.A. | 1,415.62 | 0.00 | 389.42 |
| 9 | Capital One, N.A. | 1,245.06 | 0.00 | 342.50 |
| 10 | Capital Recovery V, LLC | 1,439.88 | 0.00 | 396.09 |
| 11 | Portfolio Recovery Associates, LLC | 1,504.41 | 0.00 | 413.84 |
| 12 | Portfolio Recovery Associates, LLC | 5,323.01 | 0.00 | 1,464.29 |

Total to be paid for timely general unsecured claims: $ 6,237.13
Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| | None | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-TFR (05/1/2011)**

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: **$**     0.00
Remaining balance:     $     0.00

**UST Form 101-7-TFR (05/1/2011)**