# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re: VALENCIA JR., LAZARO | § Case No. 14-14650 |
| VALENCIA, MANOLI | § |
| | § |
| Debtor(s) | § |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that THOMAS E. SPRINGER, TRUSTEE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn Street
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30am on 01/29/2016 in Courtroom 240, United States Courthouse, Old Kane County Courthouse
100 S. Third Street
Geneva, IL 60134.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Date Mailed __/ /_____   By: _____

THOMAS E. SPRINGER, TRUSTEE
400 S. County Farm Road
Suite 330
Wheaton, IL  60187
(630) 510-0000
tspringer@springerbrown.com

**UST Form 101-7-NFR (10/1/2010)**

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re: VALENCIA JR., LAZARO § Case No. 14-14650
      VALENCIA, MANOLI §
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

*The Final Report shows receipts of*     $ 7,879.05

*and approved disbursements of*     $ 104.01

*leaving a balance on hand of* [1]     $ 7,775.04

**Balance on hand:**     $ 7,775.04

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors:     $ 0.00
Remaining balance:     $ 7,775.04

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - THOMAS E. SPRINGER, TRUSTEE | 1,537.91 | 0.00 | 1,537.91 |

Total to be paid for chapter 7 administration expenses:     $ 1,537.91
Remaining balance:     $ 6,237.13

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:     $ 0.00
Remaining balance:     $ 6,237.13

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

| | | | |
|---|---|---|---|
| | Total to be paid for priority claims: | $ | 0.00 |
| | Remaining balance: | $ | 6,237.13 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 22,673.24 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 27.5 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Quantum3 Group LLC as agent for | 2,748.10 | 0.00 | 755.98 |
| 2 | Quantum3 Group LLC as agent for | 488.77 | 0.00 | 134.45 |
| 3 | Perry E Rossino DDS PC | 931.00 | 0.00 | 256.11 |
| 4 | Capital One Bank (USA), N.A. | 893.78 | 0.00 | 245.87 |
| 5 | Wells Fargo Bank NA | 1,936.22 | 0.00 | 532.63 |
| 6 | Wells Fargo Bank NA | 3,820.23 | 0.00 | 1,050.90 |
| 7 | Wells Fargo Bank NA | 927.16 | 0.00 | 255.05 |
| 8 | Capital One Bank (USA), N.A. | 1,415.62 | 0.00 | 389.42 |
| 9 | Capital One, N.A. | 1,245.06 | 0.00 | 342.50 |
| 10 | Capital Recovery V, LLC | 1,439.88 | 0.00 | 396.09 |
| 11 | Portfolio Recovery Associates, LLC | 1,504.41 | 0.00 | 413.84 |
| 12 | Portfolio Recovery Associates, LLC | 5,323.01 | 0.00 | 1,464.29 |

| | | | |
|---|---|---|---|
| | Total to be paid for timely general unsecured claims: | $ | 6,237.13 |
| | Remaining balance: | $ | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

Prepared By: /s/THOMAS E. SPRINGER, TRUSTEE
Trustee

THOMAS E. SPRINGER, TRUSTEE
400 S. County Farm Road
Suite 330
Wheaton, IL  60187
(630) 510-0000
tspringer@springerbrown.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                              Case No. 14-14650-DRC
Lazaro Valencia, Jr.                                                Chapter 7
Manoli Valencia
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-1           User: mhenley             Page 1 of 2            Date Rcvd: Jan 11, 2016
                               Form ID: pdf006           Total Noticed: 52

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 13, 2016.
```
db/jdb       +Lazaro Valencia, Jr.,   Manoli Valencia,    1032 Rosewood Dr.,   Carpentersville, IL 60110-1988
21821803     +Alcoba Billing Center,    3429 Regal St,    Alcoa, TN 37701-3265
21821804      Aleksandr Dekhtyar, MD SC,    2500 W.Higgins Rd., Ste 815,   Hoffman Estates, IL 60169-2056
21821805     +All Kids & Family Care Premuim Plan,    PO Box 19121,   Springfield, IL 62794-9121
21821806     +Associated Imaging Specialists,    1121 Lake Cook Rd, Ste M,   Deerfield, IL 60015-5234
21821807      Avenue,   P.O. Box 659584,    San Antonio, TX 78265-9584
21821808      Capital One,   P.O. Box 71083,    Charlotte, NC 28272-1083
21821808      Capital One,   P.O. Box 6492,    Carol Stream, IL 60197-6492
22337781      Capital One Bank (USA), N.A.,    by America InfoSource LP as agent,    PO Box 71083,
               Charlotte, NC  28272-1083
22453764      Capital One, N.A.,    c o Becket and Lee LLP,    POB 3001,   Malvern, PA 19355-0701
21821810     +Center For Diagnostic Imaging,    P.O. Box 1450,   NW5710,   Minneapolis, MN 55485-1450
21821811     +Central State Open MRI,    P.O. Box 47095,   Minneapolis, MN 55447-0095
21821812     +Chase,   P.O. Box 15153,    Wilmington, DE 19886-5153
21821813     +Discover,   P.O. Box 5253,    Carol Stream, IL 60197-5253
21821814     +Dr. Perry E. Rossino, DDS, PC,    482 Spring Rd.,   Elmhurst, IL 60126-3858
21821815     +Dundee Dermatolgy,    1201 Water Tower Rd.,    Dundee, IL 60118-3330
21821817     +EOS CCA,   700 Longwater Dr.,    Norwell, MA 02061-1624
21821818     +First Source,   205 Bryant Woods South,    Buffalo, NY 14228-3609
21821819     +Firstsource Advantage LLC,    205 Bryant Woods South,    Amherst, NY 14228-3609
21821821     +Fox Valley Anes Assoc,    PO Box 1123,   Jackson, MI 49204-1123
21821822     +Freedman Anselmo Lindberg LLC,    1771 W. Diehl Rd,   Ste 150,   Naperville, IL 60563-4947
21821824     +GC Services Limited Partnership,    6330 Gulfton St., Ste 400,    Houston, TX 77081-1108
21821826     +General and Vascular Surgery LTD,    745 Fletcher Dr,   Elgin, IL 60123-4750
21821828      James R. McKee, DDS,    6224 South Main St.,    Downers Grove, IL 60516-1900
21821829      Keynote Consulting Inc.,    220 W. Campus Dr., Ste 102,    Arlington Heights, IL 60004-1498
21821832     +Medical Business Bureau,    1460 Renaissance Dr.,   Park Ridge, IL 60068-1349
21821833     +Merchants & Medical Credit Corp,    6324 Taylor Drive,    Flint, MI 48507-4685
21821837     #+P&B Capital Group, LLC,    369 Washington St,    Ste 100,   Buffalo, NY 14203-2118
22296139     +Perry E Rossino DDS PC,    482 S Spring Rd,   Elmhurst, IL 60126-3858
21821841     +Provena St. Joseph Hospital,    1643 Lewis Ave.,   Suite 203,   Billings, MT 59102-4151
21821840     +Provena St. Joseph Hospital,    77 N. Airlite Street,    Elgin, IL 60123-4998
21821842      Sears,   P.O. Box 6282,    Sioux Falls, SD 57117-6282
21821843     +Wells Fargo,    P.O. Box 14487,   Des Moines, IA 50306-3487
22377782      Wells Fargo Bank NA,    PO Box 10438,   Des Moines IA   50306-0438
21821844      Wells Fargo Financial,    P.O. Box 5943,   Sioux Falls, SD 57117-5943
21821845      Wells Fargo Financial,    PO Box 660041,   Dallas, TX 75266-0041
21821846     +Wells Fargo Home Mortgage,    P.O. Box 5296,   Carol Stream, IL 60197-5296

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
22560257      E-mail/PDF: rmscedi@recoverycorp.com Jan 12 2016 02:02:24     Capital Recovery V, LLC,
               c/o Recovery Management Systems Corporat,   25 SE 2nd Avenue Suite 1120,   Miami FL 33131-1605
21821816     +E-mail/Text: bknotice@erccollections.com Jan 12 2016 01:56:49     Enhanced Recovery Co., LLC,
               8014 Bayberry Rd.,    Jacksonville, FL 32256-7412
21821820      E-mail/Text: admin@forestrecoveryservices.com Jan 12 2016 01:58:43
               Forest Recovery Services, LLC,   PO Box 83,   Barrington, IL 60011-0083
21821825      E-mail/PDF: gecsedi@recoverycorp.com Jan 12 2016 02:02:19
               GE Capital Retail Bank/UltraDiamond,   PO Box 965003,   Orlando, FL 32896-5003
21821823      E-mail/PDF: gecsedi@recoverycorp.com Jan 12 2016 02:01:37     Gap,   P.O. Box 530924,
               Atlanta, GA 30353-0924
21821830     +E-mail/Text: bnckohlsnotices@becket-lee.com Jan 12 2016 01:55:37     Kohl's,   P.O. Box 2983,
               Milwaukee, WI 53201-2983
21821831     +E-mail/Text: kpopernik@lakecookortho.com Jan 12 2016 01:58:46     Lake Cook Orthopedics,
               P.O. Box 66080,   Chicago, IL 60666-0080
21821834     +E-mail/Text: mmrgbk@miramedrg.com Jan 12 2016 01:56:47     Miramed Revenue Group,
               991 Oak Creek Dr.,    Lombard, IL 60148-6408
21821835     +E-mail/Text: bankruptcydepartment@tsico.com Jan 12 2016 01:58:33      NCO Financial Services,
               P.O. Box 15636,   Wilmington, DE 19850-5636
21821836     +E-mail/Text: clientservices@northwestcollectors.com Jan 12 2016 01:55:54
               Northwest Collectors,   3601 Algonquin Rd., Suite 232,    Rolling Meadows, IL 60008-3143
21821838      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 12 2016 02:01:41
               Portfolio Recovery Associates,   120 Corporate Blvd., Ste 100,   Norfolk, VA 23502-4962
22605406      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 12 2016 02:01:41
               Portfolio Recovery Associates, LLC,   Successor to CITIBANK, N.A. (SEARS),   POB 41067,
               Norfolk, VA 23541
22605407      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 12 2016 02:01:42
               Portfolio Recovery Associates, LLC,   Successor to GE CAPITAL RETAIL BANK (SAM,   POB 41067,
               Norfolk, VA 23541
22281128      E-mail/Text: bnc-quantum@quantum3group.com Jan 12 2016 01:56:13
               Quantum3 Group LLC as agent for,   Comenity Bank,   PO Box 788,   Kirkland, WA  98083-0788
22281112      E-mail/Text: bnc-quantum@quantum3group.com Jan 12 2016 01:56:13
               Quantum3 Group LLC as agent for,   Allgate Financial LLC,   PO Box 788,
               Kirkland, WA  98083-0788
```

```
District/off: 0752-1           User: mhenley                Page 2 of 2                   Date Rcvd: Jan 11, 2016
                               Form ID: pdf006              Total Noticed: 52
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
                                                                                                      TOTAL: 15

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
21821839*      ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
                 (address filed with court:   Portfolio Recovery Associates, LLC,    P.O. Box 12903,
                 Norfolk, VA 23541)
21821827       ##+Grace Medical Center SC,    2250 W. Algonquin Rd,    Ste 112,   Lake in the Hills, IL 60156-1289
                                                                                               TOTALS: 0, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 13, 2016                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 8, 2016 at the address(es) listed below:
              Michele  Aiken    on behalf of Debtor 2 Manoli  Valencia maiken@aikenandaiken.com,
               saiken@aikenandaiken.com;lsoss@aikenandaiken.com;markp@aikenandaiken.com
              Michele  Aiken    on behalf of Debtor 1 Lazaro  Valencia, Jr. maiken@aikenandaiken.com,
               saiken@aikenandaiken.com;lsoss@aikenandaiken.com;markp@aikenandaiken.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Thomas E Springer    on behalf of Trustee Thomas E Springer tspringer@springerbrown.com,
               jkrafcisin@springerbrown.com
              Thomas E Springer    tspringer@springerbrown.com,
               tspringer@ecf.epiqsystems.com;jkrafcisin@springerbrown.com;IL85@ecfcbis.com;iprice@springerbrown.
               com
                                                                                               TOTAL: 5
```