**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: VALENCIA JR., LAZARO | § | Case No. 14-14650 |
| VALENCIA, MANOLI | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

THOMAS E. SPRINGER, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $264,032.96        Assets Exempt: $67,588.10
*(without deducting any secured claims)*

Total Distribution to Claimants: $6,237.13        Claims Discharged
                                                  Without Payment: $16,436.11

Total Expenses of Administration: $1,641.92

---

3) Total gross receipts of $ 7,879.05  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00  (see **Exhibit 2**), yielded net receipts of $7,879.05 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 1,641.92 | 1,641.92 | 1,641.92 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 22,673.24 | 22,673.24 | 6,237.13 |
| **TOTAL DISBURSEMENTS** | $0.00 | $24,315.16 | $24,315.16 | $7,879.05 |

4) This case was originally filed under Chapter 7 on April 19, 2014. The case was pending for 24 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 04/19/2016         By: /s/THOMAS E. SPRINGER, TRUSTEE
                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| tax refund | 1224-000 | 7,879.05 |
| **TOTAL GROSS RECEIPTS** | | **$7,879.05** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| THOMAS E. SPRINGER, TRUSTEE | 2100-000 | N/A | 1,537.91 | 1,537.91 | 1,537.91 |
| Associated Bank | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Associated Bank | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Associated Bank | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| ASSOCIATED BANK | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |

**UST Form 101-7-TDR (10/1/2010)**

| PAYEE | UNIFORM TRAN. CODE | | | | |
|---|---|---|---|---|---|
| ASSOCIATED BANK | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| ASSOCIATED BANK | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 11.98 | 11.98 | 11.98 |
| Rabobank, N.A. | 2600-000 | N/A | 11.21 | 11.21 | 11.21 |
| Rabobank, N.A. | 2600-000 | N/A | 10.82 | 10.82 | 10.82 |
| ASSOCIATED BANK | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $1,641.92 | $1,641.92 | $1,641.92 |

### EXHIBIT 5 –PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

### EXHIBIT 6 –PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

### EXHIBIT 7 –GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Quantum3 Group LLC as agent for | 7100-000 | N/A | 2,748.10 | 2,748.10 | 755.98 |
| 2 | Quantum3 Group LLC as agent for | 7100-000 | N/A | 488.77 | 488.77 | 134.45 |
| 3 | Perry E Rossino DDS PC | 7100-000 | N/A | 931.00 | 931.00 | 256.11 |
| 4 | Capital One Bank (USA), N.A. | 7100-000 | N/A | 893.78 | 893.78 | 245.87 |
| 5 | Wells Fargo Bank NA | 7100-000 | N/A | 1,936.22 | 1,936.22 | 532.63 |
| 6 | Wells Fargo Bank NA | 7100-000 | N/A | 3,820.23 | 3,820.23 | 1,050.90 |
| 7 | Wells Fargo Bank NA | 7100-000 | N/A | 927.16 | 927.16 | 255.05 |
| 8 | Capital One Bank (USA), N.A. | 7100-000 | N/A | 1,415.62 | 1,415.62 | 389.42 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 9 | Capital One, N.A. | 7100-000 | N/A | 1,245.06 | 1,245.06 | 342.50 |
| 10 | Capital Recovery V, LLC | 7100-000 | N/A | 1,439.88 | 1,439.88 | 396.09 |
| 11 | Portfolio Recovery Associates, LLC | 7100-000 | N/A | 1,504.41 | 1,504.41 | 413.84 |
| 12 | Portfolio Recovery Associates, LLC | 7100-000 | N/A | 5,323.01 | 5,323.01 | 1,464.29 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $22,673.24 | $22,673.24 | $6,237.13 |

UST Form 101-7-TDR (10/1/2010)

Exhibit 8

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 14-14650  
**Case Name:** VALENCIA JR., LAZARO  
VALENCIA, MANOLI  
**Period Ending:** 04/19/16

**Trustee:** (330640)   THOMAS E. SPRINGER, TRUSTEE  
**Filed (f) or Converted (c):** 04/19/14 (f)  
**§341(a) Meeting Date:** 05/12/14  
**Claims Bar Date:** 11/06/14

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Location: 1032 Rosewood Dr., Carpentersville IL | 225,057.00 | 0.00 | | 0.00 | FA |
| 2 | Cash | 20.00 | 0.00 | | 0.00 | FA |
| 3 | checking acct - Chase | 143.26 | 0.00 | | 0.00 | FA |
| 4 | savings acct - Chase | 56.00 | 0.00 | | 0.00 | FA |
| 5 | savings acct - Chase | 51.60 | 0.00 | | 0.00 | FA |
| 6 | Household Goods | 1,710.00 | 0.00 | | 0.00 | FA |
| 7 | Wearing Apparel | 300.00 | 0.00 | | 0.00 | FA |
| 8 | Furs and Jewelry | 400.00 | 0.00 | | 0.00 | FA |
| 9 | Firearms and Hobby Equipment | 75.00 | 0.00 | | 0.00 | FA |
| 10 | 401 (k) Simtek Sysyems, Inc. | 23,166.16 | 0.00 | | 0.00 | FA |
| 11 | Pension - Kohl's Department Store | 485.13 | 0.00 | | 0.00 | FA |
| 12 | IRA - Bank of America | 736.81 | 0.00 | | 0.00 | FA |
| 13 | 401 (k) ABMS | 100.00 | 0.00 | | 0.00 | FA |
| 14 | 2001 Nissan Quest | 2,225.00 | 0.00 | | 0.00 | FA |
| 15 | 2007 Nissan Pathfinder | 8,622.00 | 0.00 | | 0.00 | FA |
| 16 | Office Equipment | 100.00 | 0.00 | | 0.00 | FA |
| 17 | Animals- 2 dogs | 10.00 | 0.00 | | 0.00 | FA |
| 18 | lawn equipment and tools | 675.00 | 0.00 | | 0.00 | FA |
| 19 | cell phones | 100.00 | 0.00 | | 0.00 | FA |
| 20 | tax refund (u) | 7,879.05 | 0.00 | | 7,879.05 | FA |
| 20 | **Assets** **Totals** (Excluding unknown values) | **$271,912.01** | **$0.00** | | **$7,879.05** | **$0.00** |

**Major Activities Affecting Case Closing:**

Reassigned Joe Voiland case; Debtors making monthly payments of $200 and will pay the remaining amount due when they recieve their 2014 tax refund .

Exhibit 8

Page: 2

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 14-14650  **Trustee:** (330640) THOMAS E. SPRINGER, TRUSTEE
**Case Name:** VALENCIA JR., LAZARO  **Filed (f) or Converted (c):** 04/19/14 (f)
VALENCIA, MANOLI  **§341(a) Meeting Date:** 05/12/14
**Period Ending:** 04/19/16  **Claims Bar Date:** 11/06/14

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Initial Projected Date Of Final Report (TFR):**   April 30, 2015   **Current Projected Date Of Final Report (TFR):**   December 29, 2015  (Actual)

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| Case Number: | 14-14650 | | Trustee: | THOMAS E. SPRINGER, TRUSTEE (330640) |
|---|---|---|---|---|
| Case Name: | VALENCIA JR., LAZARO | | Bank Name: | ASSOCIATED BANK |
| | VALENCIA, MANOLI | | Account: | ********88 - Checking Account |
| Taxpayer ID #: | **-***7917 | | Blanket Bond: | N/A |
| Period Ending: | 04/19/16 | | Separate Bond: | $50,000,000.00 |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 08/07/14 | {20} | VALENCIA JR., LAZARO | Installment payment per Settlement. | 1224-000 | 4,079.05 | | 4,079.05 |
| 09/08/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,069.05 |
| 09/11/14 | {20} | VALENCIA, MANOLI | Installment payment per Settlement. | 1224-000 | 300.00 | | 4,369.05 |
| 10/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,359.05 |
| 10/16/14 | {20} | VALENCIA JR., LAZARO | Installment payment per Settlement. | 1224-000 | 300.00 | | 4,659.05 |
| 11/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,649.05 |
| 12/05/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,639.05 |
| 12/23/14 | 3001 | ASSOCIATED BANK | Transfer to new Assoc. Acct. | 9999-000 | | 4,639.05 | 0.00 |
| | | | ACCOUNT TOTALS | | 4,679.05 | 4,679.05 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 4,679.05 | 4,679.05 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$4,679.05** | **$4,679.05** | |

{} Asset reference(s)    Printed: 04/19/2016 11:50 AM    V.13.25

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 14-14650  
**Case Name:** VALENCIA JR., LAZARO  
VALENCIA, MANOLI  
**Taxpayer ID #:** **-***7917  
**Period Ending:** 04/19/16

**Trustee:** THOMAS E. SPRINGER, TRUSTEE (330640)  
**Bank Name:** ASSOCIATED BANK  
**Account:** ********83 - CHECKING ACCOUNT  
**Blanket Bond:** N/A  
**Separate Bond:** $50,000,000.00

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 12/23/14 | | ASSOCIATED BANK | Transfer from old Assoc. Acct. | 9999-000 | 4,639.05 | | 4,639.05 |
| 01/06/15 | {20} | MANOLI VALENCIA | Installment payment per Settlement. | 1224-000 | 100.00 | | 4,739.05 |
| 01/13/15 | {20} | MANOLI VALENCIA | Installment payment per Settlement. | 1224-000 | 200.00 | | 4,939.05 |
| 01/14/15 | | ASSOCIATED BANK | Transfer from old Assoc. Acct. | 9999-000 | 10,566.19 | | 15,505.24 |
| 01/14/15 | | Reverses Deposit # 3 | Transfer from old Assoc. Acct. put in wrong amount | 9999-000 | -10,566.19 | | 4,939.05 |
| 02/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,929.05 |
| 02/16/15 | {20} | MANOLI VALENCIA | Installment payment | 1224-000 | 200.00 | | 5,129.05 |
| 03/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,119.05 |
| 03/09/15 | {20} | MANOLI VALENCIA | Installment payment | 1224-000 | 300.00 | | 5,419.05 |
| 04/10/15 | | ASSOCIATED BANK | Bank and Technology Services Fees | 2600-000 | | 10.00 | 5,409.05 |
| 04/10/15 | | ASSOCIATED BANK | Transfer to Rabobank, N.A. | 9999-000 | | 5,409.05 | 0.00 |
| | | | ACCOUNT TOTALS | | 5,439.05 | 5,439.05 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 5,409.05 | |
| | | | Subtotal | | 5,439.05 | 30.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $5,439.05 | $30.00 | |

{} Asset reference(s)    Printed: 04/19/2016 11:50 AM    V.13.25

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

**Case Number:** 14-14650  
**Case Name:** VALENCIA JR., LAZARO  
VALENCIA, MANOLI  
**Taxpayer ID #:** **-***7917  
**Period Ending:** 04/19/16

**Trustee:** THOMAS E. SPRINGER, TRUSTEE (330640)  
**Bank Name:** Rabobank, N.A.  
**Account:** ****980966 - Checking Account  
**Blanket Bond:** N/A  
**Separate Bond:** $50,000,000.00

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/10/15 | | Rabobank, N.A. | Transfer from ASSOCIATED BANK | 9999-000 | 5,409.05 | | 5,409.05 |
| 04/24/15 | {20} | Manoli Valencia | Installment payment | 1224-000 | 200.00 | | 5,609.05 |
| 05/15/15 | {20} | Manoli Valencia | Installment payment per settlement | 1224-000 | 2,200.00 | | 7,809.05 |
| 09/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 11.98 | 7,797.07 |
| 10/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 11.21 | 7,785.86 |
| 11/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.82 | 7,775.04 |
| 02/02/16 | 20101 | THOMAS E. SPRINGER, TRUSTEE | Dividend paid 100.00% on $1,537.91, Trustee Compensation; Reference: | 2100-000 | | 1,537.91 | 6,237.13 |
| 02/02/16 | 20102 | Quantum3 Group LLC as agent for | Dividend paid 27.50% on $2,748.10; Claim# 1; Filed: $2,748.10; Reference: | 7100-000 | | 755.98 | 5,481.15 |
| 02/02/16 | 20103 | Quantum3 Group LLC as agent for | Dividend paid 27.50% on $488.77; Claim# 2; Filed: $488.77; Reference: | 7100-000 | | 134.45 | 5,346.70 |
| 02/02/16 | 20104 | Perry E Rossino DDS PC | Dividend paid 27.50% on $931.00; Claim# 3; Filed: $931.00; Reference: | 7100-000 | | 256.11 | 5,090.59 |
| 02/02/16 | 20105 | Capital One Bank (USA), N.A. | Dividend paid 27.50% on $893.78; Claim# 4; Filed: $893.78; Reference: | 7100-000 | | 245.87 | 4,844.72 |
| 02/02/16 | 20106 | Wells Fargo Bank NA | Dividend paid 27.50% on $1,936.22; Claim# 5; Filed: $1,936.22; Reference: | 7100-000 | | 532.63 | 4,312.09 |
| 02/02/16 | 20107 | Wells Fargo Bank NA | Dividend paid 27.50% on $3,820.23; Claim# 6; Filed: $3,820.23; Reference: | 7100-000 | | 1,050.90 | 3,261.19 |
| 02/02/16 | 20108 | Wells Fargo Bank NA | Dividend paid 27.50% on $927.16; Claim# 7; Filed: $927.16; Reference: | 7100-000 | | 255.05 | 3,006.14 |
| 02/02/16 | 20109 | Capital One Bank (USA), N.A. | Dividend paid 27.50% on $1,415.62; Claim# 8; Filed: $1,415.62; Reference: | 7100-000 | | 389.42 | 2,616.72 |
| 02/02/16 | 20110 | Capital One, N.A. | Dividend paid 27.50% on $1,245.06; Claim# 9; Filed: $1,245.06; Reference: | 7100-000 | | 342.50 | 2,274.22 |
| 02/02/16 | 20111 | Capital Recovery V, LLC | Dividend paid 27.50% on $1,439.88; Claim# 10; Filed: $1,439.88; Reference: | 7100-000 | | 396.09 | 1,878.13 |
| 02/02/16 | 20112 | Portfolio Recovery Associates, LLC | Dividend paid 27.50% on $1,504.41; Claim# 11; Filed: $1,504.41; Reference: | 7100-000 | | 413.84 | 1,464.29 |
| 02/02/16 | 20113 | Portfolio Recovery Associates, LLC | Dividend paid 27.50% on $5,323.01; Claim# 12; Filed: $5,323.01; Reference: | 7100-000 | | 1,464.29 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 7,809.05 | 7,809.05 | $0.00 |
| | | | Less: Bank Transfers | | 5,409.05 | 0.00 | |
| | | | **Subtotal** | | 2,400.00 | 7,809.05 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$2,400.00** | **$7,809.05** | |

{} Asset reference(s)

Printed: 04/19/2016 11:50 AM     V.13.25

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 4

| **Case Number:** | 14-14650 | | **Trustee:** | THOMAS E. SPRINGER, TRUSTEE (330640) |
|---|---|---|---|---|
| **Case Name:** | VALENCIA JR., LAZARO | | **Bank Name:** | Rabobank, N.A. |
| | VALENCIA, MANOLI | | **Account:** | ****980966 - Checking Account |
| **Taxpayer ID #:** | **-***7917 | | **Blanket Bond:** | N/A |
| **Period Ending:** | 04/19/16 | | **Separate Bond:** | $50,000,000.00 |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ********88** | 4,679.05 | 4,679.05 | 0.00 |
| **Checking # ********83** | 5,439.05 | 30.00 | 0.00 |
| **Checking # ****980966** | 2,400.00 | 7,809.05 | 0.00 |
| | $12,518.10 | $12,518.10 | $0.00 |

{} Asset reference(s)

Printed: 04/19/2016 11:50 AM    V.13.25